UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANDREW DAVID WETZEL | CIVIL ACTION |
| VERSUS | NO. 09-6599 |
| RODNEY J. STRAIN, JR., ET AL. | SECT. A, MAG. 3 |
| | JURY DEMAND |

### ANSWER TO PLAINTIFF'S COMPLAINT

**NOW INTO COURT**, through undersigned counsel, come defendants Rodney J. Strain, Jr., Sheriff of St. Tammany Parish, Jr., and Warden Gregory Longino, who for answer to plaintiff's complaint respectfully represent:

### FIRST DEFENSE

This Honorable Court lacks jurisdiction over the subject matter of this case.

### SECOND DEFENSE

The plaintiff's complaint fails to state a claim upon which relief can be granted.

**THIRD DEFENSE**

Defendants specifically plead the affirmative defense of comparative legal fault, including but not limited to the intentional wrongdoing of the plaintiff and comparative negligence on behalf of plaintiff.

**FOURTH DEFENSE**

Defendants specifically plead the affirmative defense of qualified immunity and show that the defendants are entitled to and protected by the qualified immunity afforded to public officials for acts committed during the course and scope of their official duties.

**FIFTH DEFENSE**

The actions, if any, of the defendants were within his legal authority as law enforcement officers and were taken in good faith, without malice, with a sincere belief that said actions were legal, and without any intention whatsoever to harm plaintiff.

**SIXTH DEFENSE**

Defendants aver that, at all times herein, their conduct and actions were reasonable, justified, and legally permissible under the circumstances.

**SEVENTH DEFENSE**

The allegations of plaintiff, even if proven, do not show the deprivation of a protected federal constitutional right.

## EIGHTH DEFENSE

Defendants aver that plaintiff's damages, if any, were caused or contributed to by the fault of a person or persons over whom the defendants exercised no authority, jurisdiction, or control, and for whose actions and/or conduct the defendants are not legally responsible.

## NINTH DEFENSE

Defendants Sheriff Rodney J. Strain, Jr., and Warden Greg Longino played no personal role in the alleged misconduct in this case, are not vicariously liable for the acts of the deputies, and cannot be held liable on the basis of *respondeat superior* as a result of the allegations in plaintiff's complaint.

## TENTH DEFENSE

Plaintiff failed to exhaust all his administrative remedies pursuant to 42 U.S.C. § 1997e(a).

## ELEVENTH DEFENSE

Plaintiff's claims are without merit and these defendants are entitled for this court to award them attorney's fees and cost incurred in the defense of this case and plaintiff's complaint should be dismissed with prejudice as frivolous pursuant to 28 U.S.C. § 1915(e) and the dismissal be counted as a qualifying dismissal under 28 U.S.C. § 1915(g) and *Adepegba v. Hammons*, 103 F.3d 383 (5th Cir. 1996).

## TWELFTH DEFENSE

**AND NOW FOR ANSWER** to the specific allegations of plaintiff's complaint respondents do show:

1.

The allegations of Article I of plaintiff's complaint do not require an answer from defendants, but insofar as an answer may be required, the allegations are denied for lack of sufficient information to justify a belief thereof.

2.

The allegations of Article II of plaintiff's complaint are denied for lack of sufficient information to justify a belief thereof except to admit that plaintiff's allegation in Section A that there is an administrative grievance procedure in place at the institution.

3.

The allegations of Article III of plaintiff's complaint are denied for lack of sufficient information to justify belief thereof except to admit that Rodney J. Strain, Jr., is currently the Sheriff of St. Tammany Parish and Greg Longino is currently employed as the Warden of the St. Tammany Parish Jail.

4.

The allegations of Article IV are denied for lack of sufficient information to justify belief thereof and it is specifically denied that defendants committed any act for which there is civil liability.

5.

The allegations of Article V of plaintiff's complaint are denied and it is specifically denied that plaintiff is entitled to damages from defendants.

6.

The allegations of Article VI of plaintiff's complaint do not require an answer from defendants.

**AND NOW FURTHER RESPONDING** to plaintiff's complaint,

7.

Respondents demand a trial by jury.

**WHEREFORE**, defendants pray that after all due proceedings have been had, that there be judgment rendered in favor of defendants Rodney J. Strain, Jr., Sheriff of St. Tammany Parish, , Jr., and Warden Gregory Longino, and Deputy Gary Cassale, dismissing plaintiff's case at plaintiff's costs.

> Respectfully submitted,
> **TALLEY, ANTHONY, HUGHES & KNIGHT, L.L.C.**
>
> BY:   /s/ R. BRADLEY LEWIS
>         **R. BRADLEY LEWIS (T.A.) (#8657)**
>         2250 7th Street
>         Mandeville, LA  70471
>         (985) 624-5010
>         rbl@tahk.net
>         ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  I further certify that I mailed the foregoing document and the notice of electronic filing by first class mail to the following non-CM/ECF participant: Andrew D Wetzel, #539179, St. Tammany Parish Jail, P.O. Box 908, Covington, Louisiana, 70434.

>   /s/ R. BRADLEY LEWIS
>   R. BRADLEY LEWIS