**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**


ANDREW DAVID WETZEL                          CIVIL ACTION

VERSUS                                       NO. 09-6599

RODNEY J. STRAIN, JR., ET AL.                SECTION: "A" (3)


**O R D E R**

A preliminary conference is hereby **SCHEDULED** for **February 9, 2010, at 2:00 p.m.,** before the undersigned United States Magistrate Judge.  The parties shall participate in the conference via telephone with the Magistrate Judge's office initiating the call.  The purpose of the conference is to determine whether all parties will consent to proceed to trial before the undersigned United States Magistrate Judge and to select a trial date, if appropriate.

**The Warden of the St. Tammany Parish Jail is hereby ORDERED to have Andrew David Wetzel made available by telephone for the hearing.**

New Orleans, Louisiana, this thirteenth day of January, 2010.


_____
**DANIEL E. KNOWLES, III**
**UNITED STATES MAGISTRATE JUDGE**


_____
**CLERK TO NOTIFY ALL PARTIES AND:**

**Warden**
**St. Tammany Parish Jail**
**P.O. Box 908**
**Covington, LA  70434**