UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANDREW DAVID WETZEL | CIVIL ACTION |
| VERSUS | NO. 09-6599 |
| RODNEY J. STRAIN, JR., ET AL. | SECTION: "A" (3) |

**O R D E R**

The preliminary conference scheduled for **February 9, 2010, at 2:00 p.m.,** before the undersigned United States Magistrate Judge, is hereby **RESCHEDULED** to **February 25, 2010, at 11:15 a.m.**, and will be held in conjunction with the conference scheduled in Wetzel v. Strain, Civ. Action No. 09-6353. The parties shall participate in the conference via telephone with the Magistrate Judge's office initiating the call. The purpose of the conference is to determine whether all parties will consent to proceed to trial before the undersigned United States Magistrate Judge and to select a trial date, if appropriate.

**The Warden of the St. Tammany Parish Jail is hereby ORDERED to have Andrew David Wetzel made available by telephone for the conference.**

New Orleans, Louisiana, this eighth day of February, 2010.

_____
DANIEL E. KNOWLES, III
UNITED STATES MAGISTRATE JUDGE

_____
**CLERK TO NOTIFY ALL PARTIES AND:**

**Warden**
**St. Tammany Parish Jail**
**P.O. Box 908**
**Covington, LA  70434**